**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Albury FRANCIS, Defendant-Appellant.**

No. 16-6963

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

Albury Francis, Appellant Pro Se. Jonathan Philip Holbrook, Kimberly Ann Moore, OFFICE OF THE UNITED STATES ATTORNEY, Ethan A. Ontjes, Seth Morgan Wood, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albury Francis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence based on Amendment 782 to the U.S. Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Francis*, No. 5:01-cr-00094-BO-1 (E.D.N.C. filed June 22, 2016 & entered June 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*